**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

BRYANT NELSON
ADC #601638                                                                                                    PLAINTIFF

V.                                    2:08CV00172 JMM/JTR

DR. YANG,
East Arkansas Regional Unit,
Arkansas Department of Correction, et al.                                                    DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is DISMISSED, WITH PREJUDICE, as being frivolous and redundant of *Nelson v. Yang and Moore*, 2:08CV00144 WRW/JTR.

2.     Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3.     The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this   20   day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE