IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BRYANT NELSON
ADC #601638                                                                                          PLAINTIFF

V.                                  2:08CV00172 JMM/JTR

DR. YANG,
East Arkansas Regional Unit,
Arkansas Department of Correction, et al.                                        DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITH PREJUDICE, for being frivolous and redundant of *Nelson v. Yang and Moore*, 2:08CV00144 WRW/JTR. Dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this   20   day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE